**UNCLASSIFIED**

FD-1035 (REV 2019-05-20)

U.S. DEPARTMENT OF JUSTICE/FEDERAL BUREAU OF INVESTIGATION

# SUBPOENA

Subpoena number: **767982**   When responding please reference this subpoena number.

In the matter of case number(s):  281D-BS-3510568

**TO:** Google Inc.
Custodian of Records
**ADDRESS:** 1600 Amphitheatre Parkway
Mountain View, CA 94043

**TELEPHONE:** 650-253-3425
**FAX:** 650-649-2939

**GREETING:**

By the service of this subpoena upon you by **Jonathan Anthony Duquette**, who is authorized to serve it, you are hereby commanded and required to disclose to **Jonathan Anthony Duquette**, a representative of the FBI, the following information for the period **2022-02-24** to **2022-03-24** or the billing cycle including the requested time period: Customer or subscriber name, address of service, and billing address; Length of service (including start date and end date); Local and long distance telephone connection records (examples include: incoming and outgoing calls, push-to-talk, and SMS/MMS connection records); Means and source of payment (including any credit card or bank account number); Records of session times and duration for Internet connectivity; Telephone or Instrument number (including IMEI, IMSI, UFMI, and ESN) and/or other customer/subscriber number(s) used to identify customer/subscriber, including any temporarily assigned network address (including Internet Protocol addresses); Types of service used (e.g. push-to-talk, text, three-way calling, email services, cloud computing, gaming services, etc.) which may be relevant to an authorized law enforcement inquiry, involving the following: jessiahguerrero18@gmail.com

Please see the attached page explaining some terms that may be used in this demand. All time values are in the US/Eastern time zone, unless otherwise indicated.

**THE INFORMATION SOUGHT THROUGH THIS SUBPOENA RELATES TO A FEDERAL CRIMINAL INVESTIGATION BEING CONDUCTED BY THE FBI.**

**YOUR COMPANY IS REQUIRED TO FURNISH THIS INFORMATION.**

**YOU ARE REQUESTED NOT TO DISCLOSE THE EXISTENCE OF THIS SUBPOENA INDEFINITELY AS ANY SUCH DISCLOSURE COULD INTERFERE WITH AN ONGOING INVESTIGATION AND ENFORCEMENT OF THE LAW.**

Compliance must be made by personal appearance or production of records no later than the **23rd** day of **April, 2022** at **09:00 o'clock AM**, at **201 Maple St., Chelsea, MA 02150**.

In lieu of a personal appearance, the information can be provided, via email, marked to the attention of **Jonathan Duquette,** at the following email: **jonathan.duquette@ic.fbi.gov**.

If you refuse to obey this subpoena, the United States Attorney General may invoke the aid of a United States District Court to compel compliance. Your failure to obey the resulting court order may be punished as contempt.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

**ORIGINAL**

**Signature:** S/ Kevin Kelley

**Name:** Kevin Kelley
**Title:** Supervisory Senior Resident Agent
**Issued this** 24th **day of** March**,** 2022

**UNCLASSIFIED**

| Case number(s): 281D-BS-3510568 | | Subpoena number: 767982 |
|---|---|---|

**(a) Authorization of use by Attorney General**

In any investigation relating to his functions under this subchapter with respect to controlled substances, listed chemicals, tableting machines, or encapsulating machines, the Attorney General may subpoena witnesses, compel the attendance and testimony of witnesses, and require the production of any records (including books, papers, documents, and other tangible things which constitute or contain evidence) which the Attorney General finds relevant or material to the investigation. The attendance of witnesses and the production of records may be required from any place in any State or in any territory or other place subject to the jurisdiction of the United States at any designated place of hearing; except that a witness shall not be required to appear at any hearing more than 500 miles distant from the place where he was served with a subpoena. Witnesses summoned under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States.

**(b) Service**

A subpoena issued under this section may be served by any person designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

**(c) Enforcement**

In the case of contumacy by or refusal to obey a subpoena issued to any person, the Attorney General may invoke the aid of any court of the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony touching the matter under investigation. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.

**Subpoena number:** 767982

*TERMINOLOGY*

**IMPORTANT NOTE This part is not a demand but an explanation of some terms used in the subpoena and some suggestions to help with compliance. The actual information demanded by this subpoena is set forth on the front of the subpoena or in Attachment A, if so indicated on the first page. The terms explained here may or may not be part of the information demanded.**

> **If** the subpoena makes a demand for "local and long distance connection records, or records of session times and durations" for telephone or cell phone service, that means to include the following records if your company maintains these records---

- Incoming and outgoing local, regional, long distance, international, wholesale, cellular, paging, toll free, and prepaid connection records;
- Credit card calls (including, but not limited to, calls made through major credit card companies); and
- Alternate billed number calls (calls billed to third parties, collect calls, and calling card calls for calls through cards issued by the communications carrier originating from the foregoing telephone number(s) or terminating at the foregoing telephone numbers(s)).

> **If** the subpoena makes a demand for "length of service," include the start date and the close date if the account closed.

> **If** the subpoena makes a demand for customer or subscriber address, include both the postal address and physical address, if known.

> **If** the subpoena makes a demand for "means and source of payment" that means--

- Method of payment to initiate and maintain service; and
- Any available identification numbers for method of payment, including credit card numbers or prepaid calling card numbers.

> **We are not directing that you provide, and you should not provide, information pursuant to this subpoena that would disclose the content of any wire communication.** That means you should not disclose "any information concerning the substance, purport, or meaning of" a communication, as defined in Title 18 United States Code, Section 2510(8). Subject lines of e-mails are content information and should not be provided in response to this subpoena.

> **If** the records provided are particularly large we request that you provide this information in electronic format preferably on a CD-ROM.

**UNCLASSIFIED**